# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Will Toomey,
*Individually and obo Others Similarly Situated,*

        Plaintiff(s),

vs.

Cold Bore Technology Corp.,

        Defendant(s).

2:24-cv-01579-MDC

**ORDER GRANTING *PRO HAC VICE***

**IT IS ORDERED** that the *Motion/Verified Petition for Permission to Practice Pro Hac Vice* (ECF No. 8) by Andrew W. Dunlap, Esq. is GRANTED.

**IT IS FURTHER ORDERED** that the *Motion/Verified Petition for Permission to Practice Pro Hac Vice* (ECF No. 9) by Alyssa White, Esq. is GRANTED.

**IT IS FURTHER ORDERED** that the *Motion/Verified Petition for Permission to Practice Pro Hac Vice* (ECF No. 10) by Richard J. (Rex) Burch, Esq. is GRANTED.

DATED this 17th day of September 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge