| | |
|---|---|
| Esther C. Rodriguez | Michael A. Josephson* |
| Nevada State Bar No. 006473 | Texas State Bar No. 24014780 |
| **RODRIGUEZ LAW OFFICES, P.C.** | Andrew W. Dunlap* |
| 10161 Park Run Drive, Suite 150 | Texas State Bar No. 24078444 |
| Las Vegas, Nevada 89145 | Alyssa White* |
| Tel: (702) 320-8400; Fax: (702) 320-8401 | Texas State Bar No. 24073014 |
| info@rodriguezlaw.com | **JOSEPHSON DUNLAP LLP** |
| | 11 Greenway Plaza, Suite 3050 |
| Richard J. (Rex) Burch* | Houston, Texas 77046 |
| Texas State Bar No. 24001807 | Tel: (713) 352-1100; Fax: (713) 352-3300 |
| **BRUCKNER BURCH PLLC** | mjosephson@mybackwages.com |
| 11 Greenway Plaza, Suite 3025 | adunlap@mybackwages.com |
| Houston, Texas 77046 | awhite@mybackwages.com |
| Tel: (713) 877-8788 | |
| rburch@brucknerburch.com | |

\* To apply for admission *pro hac vice*.

*Attorneys for Plaintiff and Potential Opt-in Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILL TOOMEY, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COLD BORE TECHNOLOGY CORP.,<br><br>Defendant. | **Case No.  2:24-cv-01579-MDC**<br><br>**PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE PRO HAC VICE APPLICATION FOR MICHAEL A. JOSEPHSON** |

On August 26, 2024, Will Toomey filed this Collective Action Complaint seeking unpaid overtime wages on behalf of himself and others similarly situated. See ECF No. 1. On August 27, 2024, the Court issued a Notice pursuant to Local Rule IA 11-2 to Andrew W. Dunlap, Michael A. Josephson, and Richard J. (Rex) Burch to file their applications for admission pro hac vice by September 10, 2024. *See* ECF No. 4. Mr. Dunlap timely applied for admission pro hac vice. See ECF No. 8. Mr. Burch timely applied for admission pro hac vice. *See* ECF No. 10. Mr. Josephson's application is all but ready for filing, but counsel is awaiting a certificate of good standing to be

- 1 -

furnished from Pennsylvania. In anticipation of filing the application for pro hac vice admission, Mr. Josephson's office ordered a certificate of good standing from the Pennsylvania State Bar via the US Postal Mail and the certificate of good standing will be issued to Mr. Josephson via US Postal Mail.

Out of abundance of caution, Plaintiff respectfully requests an additional 56 days to submit Mr. Josephson's application for admission pro hac vice to obtain a certificate of good standing from the State Bar of Pennsylvania.

Date: September 9, 2024

Respectfully Submitted,

/s/ Esther C. Rodriguez
Esther C. Rodriguez (Bar No. 006473)
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400
Fax: (702) 320-8401
info@rodriguezlaw.com

Michael A. Josephson (To Apply *Pro Hac Vice*)
Andrew W. Dunlap (*Pro Hac Vice*)
Alyssa White (*Pro Hac Vice*)
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com

Richard J. (Rex) Burch (*Pro Hac Vice*)
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel: (713) 877-8788
rburch@brucknerburch.com

*Counsel for Toomey and the Day Rate Workers*

**ORDER**

IT IS SO ORDERED.

Dated: 9/18/2024

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2024, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

In the event the foregoing document is filed prior to Defendant making an appearance in this Action, I hereby certify that a true and correct copy off the foregoing document and all attachments thereto will be duly served on Defendant along with the summons and Complaint in accordance with Federal Rule of Civil Procedure 5.

/s/ Esther C. Rodriguez
Esther C. Rodriguez
