**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Will Toomey,<br><br>        Plaintiff(s),<br><br>vs.<br><br>Cold Bore Technology Corp.,<br><br>        Defendants. | **2:24-cv-01579-MDC**<br><br>**ORDER GRANTING PRO HAC VICE** |

**IT IS ORDERED** that the *Motion/Verified Petition for Permission to Practice Pro Hac Vice* (ECF No. 20) is GRANTED.

**IT IS FURTHER ORDERED** that the *Motion/Verified Petition for Permission to Practice Pro Hac Vice* (ECF No. 21) is GRANTED.

DATED this 5th day of November 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge