Esther C. Rodriguez
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com

Richard J. (Rex) Burch
Texas State Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel: (713) 877-8788
rburch@brucknerburch.com

Michael A. Josephson
Texas State Bar No. 24014780
Andrew W. Dunlap
Texas State Bar No. 24078444
Alyssa White
Texas State Bar No. 24073014
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100; Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
awhite@mybackwages.com

*Attorneys for Plaintiff and Potential Opt-in
Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILL TOOMEY, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COLD BORE TECHNOLOGY CORP.,<br><br>Defendant. | Case No.:  2:24-cv-01579-MDC<br><br>**JOINT STIPULATION AND PROPOSED ORDER AS TO CONDITIONAL CERTIFICATION AND NOTICE** |

Plaintiff Will Toomey ("Plaintiff" or "Toomey"), individually and on behalf of others similarly situated, and Defendant Cold Bore Technology Corp. ("Cold Bore"), by and through their respective counsels of record, hereby request the Court approve this Joint Stipulation Regarding Conditional Certification and enter the attached Proposed Order.

1.    In the interest of judicial economy and by agreement of the Parties as stated herein, Toomey and Cold Bore stipulate to conditionally certify this case as a collective action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b). Specifically, the Parties agree to conditionally certify a collective consisting of:

**All Data Analysts, Field Technicians, or those holding similar job titles who worked**

for, or on behalf of, Cold Bore who were paid a day rate and no overtime at any time during the past three years.

2.      Nothing in this Stipulation shall be interpreted as limiting, waiving, or modifying any of the Parties' claims and/or defenses. This Stipulation is not an admission as to any underlying substantive issue in this controversy. Cold Bore is not waiving its right to later move for decertification of the conditionally certified collective/class.

3.      The Parties further stipulate that the Notice and Consent Forms and the Contact Scripts that are attached as Exhibit 1 shall be used for purposes of informing the Putative Collective Action Members of this lawsuit and their right to participate.

4.      The Parties further stipulate that the Putative Collective Actions Member shall have sixty (60) days from the date of initial mailing, e-mailing, and/or texting of the Notice to return their signed Consent to opt into this lawsuit as plaintiffs.

5.      The Parties further stipulate to conform to the following Notice Timeline:

| DEADLINE | SUBJECT |
|---|---|
| **Within 30 Days of Court Signing the Stipulation** | Cold Bore shall provide Plaintiff with the names of the workers who make up the Putative Collective Action Members, including the last known addresses, email addresses (both personal and work if available), phone numbers. |
| **Within 21 Days from Receiving Names & Contact Information of Putative Collective Action Members** | Plaintiff's Counsel shall send the Court approved Notice and Consent Form to the Putative Collective Action Members via First Class U.S. mail, e-mail, and text message. |
| **30 Days from Date Notice is Mailed to Putative Collective Action Members** | Plaintiff's Counsel is authorized to send a second identical copy of the Notice and Consent forms to the Putative Collective Action Members via First Class U.S. mail, e-mail, and via text message. |
| **60 Days from Date Notice is First Transmitted to Putative Collective Action Members** | The Putative Collective Action Members shall have 60 days to file their signed Consent forms with the Court. |

- 2 -

6.    The Parties will work together to exchange information during and following the opt-in period related to potential liability assessments to prepare for mediation.

IT IS SO ORDERED

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 3/7/25

1

Date: March 5, 2025

2

Respectfully Submitted,

3

/s/ *Alyssa J. White*
Michael A. Josephson
Andrew W. Dunlap

4

Alyssa White
**JOSEPHSON DUNLAP LLP**

5

11 Greenway Plaza, Suite 3050

6

Houston, Texas 77046
Tel: (713) 352-1100

7

Fax: (713) 352-3300

8

mjosephson@mybackwages.com
adunlap@mybackwages.com

9

awhite@mybackwages.com

10

Esther C. Rodriguez (Bar No. 006473)

11

**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150

12

Las Vegas, Nevada 89145
Tel: (702) 320-8400

13

Fax: (702) 320-8401

14

esther@rodriguezlaw.com

15

Richard J. (Rex) Burch
**BRUCKNER BURCH PLLC**

16

11 Greenway Plaza, Suite 3025

17

Houston, Texas 77046
Tel: (713) 877-8788

18

rburch@brucknerburch.com

19

*Counsel for Toomey and the Day Rate*

20

*Workers*

21

/s/ *Felicity A. Fowler*
JOSHUA A. SLIKER, ESQ.

22

JACKSON LEWIS P.C.
Nevada Bar No. 12493

23

300 S. Fourth Street, Suite 900

24

Las Vegas, Nevada 89101

25

MCGINNIS LOCHRIDGE, LLP

26

FELICITY A. FOWLER, ESQ.
ffowler@mcginnislaw.com

27

DANIEL R. ATKINSON, ESQ.
datkinson@mcginnislaw.com

28

500 N. Akard Street, Suite 2250
Dallas, Texas 75201
Telephone: (214) 307-6961
Facsimile: (214) 307-6990

*Attorneys for Defendant*
*Cold Bore Technology Corp.*